```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION

JIMMY LEE DAVIS, #51030                              PLAINTIFF

VERSUS                      CIVIL ACTION NO. 4:09cv91-TSL-LRA

WARDEN DALE CASKEY                                   DEFENDANT
```

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the <u>15th</u> day of October, 2009.


                         /s/Tom S. Lee
                         UNITED STATES DISTRICT JUDGE